UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>IVAN TODD,<br><br>      *Defendant*. | Criminal Action No. 24-466 (LLA) |

## ORDER

This matter is before the court on the United States' Motion to Dismiss the Information. ECF No. 28. Pursuant to Federal Rule of Criminal Procedure 48(a), it is hereby

**ORDERED** that the motion is **GRANTED** and the Information, ECF No. 22, is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all pending deadlines and hearings in this case are **VACATED**. The Clerk of Court is directed to terminate this case.

SO ORDERED.

_____
LOREN L. ALIKHAN
United States District Judge

Date: January 27, 2025